924

No. 541.   WEST *v.* UNITED STATES ET AL.   C. A. 3d Cir. Certiorari granted.   *Abraham E. Freedman* and *Joseph Weiner* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.   *Thomson F. Edwards* for Atlantic Port Contractors, Inc., respondent-impleaded.

No. 350, Misc.   PARKER *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM.   Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted.

No. 48.   CITY OF TALLAHASSEE *v.* OLAN MILLS INCORPORATED.   Supreme Court of Florida.   Certiorari denied. *James Messer, Jr.* for petitioner.   *Robert C. Hunt* for respondent.

No. 643.   NOE ET AL., DOING BUSINESS AS JAMES A. NOE & Co., *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Warren Woods* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Hansen, John L. Fitzgerald* and *Richard A. Solomon* for the Federal Communications Commission, and *Paul M. Segal* and *Robert A. Marmet* for Loyola University, respondents.

No. 644.   CHAPIN ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Louis R. Baker* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for the United States.